COPY

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
APR 29 2005
U.S. DISTRICT COURT

JERON D. BROWN
_____
Plaintiff

v.

THOMAS D. DONOVAN
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0 5 - 2 5 4

I, JERON D. BROWN _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration D.C.C. SMYRNA, De. 19977

   Are you employed at the institution? YES  Do you receive any payment from the institution? YES
   *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28 USC §2254.*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   T.G.I. Friday's  $650 every two week  (2003)

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.
   PRISON INMATE WORKER  $38.40 A month

COPY

4. Do you have any cash or checking or savings accounts?   ☐ Yes  ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   Jackie T. Brown       Daughters — Father
   Devida T. Brown

   I declare under penalty of perjury that the above information is true and correct.

   4-25-05                        /s/ Aaron D. Brown
   DATE                           SIGNATURE OF APPLICANT

   ## CERTIFICATE
   (Incarcerated applicants only)
   *(To be completed by the institution of incarceration)*

   I certify that the applicant named herein has the sum of $_____ on account his/her credit at (name

   of institution) _____.

   I further certify that the applicant has the following securities to his/her credit:

   _____.

   I further certify that during the past six months the applicant's average monthly balance was $_____

   and the average monthly deposits were $_____.

   _____          _____
   Date                        SIGNATURE OF AUTHORIZED OFFICER

   (NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

Case 1:05-cv-00254-JJF    Document 1    Filed 04/29/2005    Page 4 of 4