# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

FILED
APR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DE

TO: Jera Braun          SBI#: 162962

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**          05-254

DATE: March 30, 2005

---

*Attached are copies of your inmate account statement for the months of* September 1, 2004 *to* February 28, 2005

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 33 |
| Oct | 6.66 |
| Nov | 4.76 |
| Dec | 8.23 |
| Jan | 3.33 |
| Feb | 3.67 |

Average daily balances/6 months: 4.53

Attachments
CC: File

Stacy Shane
3/30/05

[signature]
3/30/05
Notary

Case 1:05-cv-00254-JJF    Document 1-2    Filed 04/29/2005    Page 2 of 4

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTH PERIOD

TO: Mr. Joseph Hudson, Manager         DATE: 4-18-2005
    Delaware Correctional Center
    Smyrna, Delaware 19977

FROM: _____JERON D. BROWN_____      ___162982___
      Inmate Name (Please print Name)        SBI#

- I HEREBY CERTIFY -

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six month period. Please forward same to me.

_____Jeron D. Brown_____
Signature
(28 U.S.C. 1746 and 18 U.S.C. 1621)

Case 1:05-cv-00254-JJF     Document 1-2     Filed 04/29/2005     Page 4 of 4