(Rev. 4/97)

ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JERON D. BROWN
(Enter above the full name of the plaintiff in this action)

v.

MR. THOMAS D. DONOVAN ESQ
424 S. STATES STREET
DOVER, De. 19901
(Enter above the full name of the defendant(s) in this action

FILED
APR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-254

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]    NO [X]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs _____

_____ N/A _____

Defendants _____

ORIGINAL

    2.     Court (if federal court, name the district; if state court, name the county)

                   N/A

    3.     Docket number     N/A

    4.     Name of judge to whom case was assigned     N/A

    5.     Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    6.     Approximate date of filing lawsuit     N/A

    7.     Approximate date of disposition     N/A

II.    A.     Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

    B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

    C.     If your answer is YES,

        1.     What steps did you take?     N/A

        2.     What was the result?     N/A

    D.     If your answer is NO, explain why not

    E.     If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [X]

    F.     If your answer is YES,

        1.     What steps did you take?     N/A

        2.     What was the result?     N/A

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff JERON D. BROWN
   Address D.C.C. 1181 Paddock Road Smyrna, Del. 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant MR. THOMAS D. DONOVAN is employed as ATTORNEY AT LAW at 424 S. STATES STREET DOVER, De. 19901

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

INEFFECTIVE ASSISTANCE OF Counsel, gross Negligence, UNPROFESSIONAL Conduct, CONFlict OF INTEREST, denial OF Compulsory Process, Deprivation OF LIFE AND LIBERTY, Denial of Adversal Presentation, INTENTIONAL INFLICTION OF MENTAL AND Emotional DISTRESS, Bias, Prejudice And Legal malpractice At Pretrial stages And During Trial.

-3-

Case 1:05-cv-00254-JJF    Document 2    Filed 04/29/2005    Page 6 of 12

## Statement of Claims

Mr. Donovan's failures and omissions are grossly negligent and have caused plaintiff to suffer mental injury, emotional anguish and deprivation of his liberty without due process by Mr. Donovan's recklessness and carelessness actions in failing to abide by the rules and codes of professional conduct and the Civil Rights Act.

Case 1:05-cv-00254-JJF   Document 2   Filed 04/29/2005   Page 8 of 12

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Damages for the Deprivation of Competent Counsel, That resulted on an unfair Trial which Deprived plaintiff of his Life and Liberty without Due Process, Compensatory Damages, Injunctive, Punitive, Mental and Emotional Injury and Declaratory Relief.
$1 million on each claim

Signed this 18th day of April, 2005.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4-28-05
Date

_____
(Signature of Plaintiff)

-4-



I/M Jerwi D. Brown
SBI# 162962  UNIT B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO THE CLERK OF
THE UNITED STATES DISTRICT COURT
OF DELAWARE
844 N. King Street
Lockbox 18
Wilm, De, 19801

U.S.M.S.
X-RAY

Case 1:05-cv-00254-JJF    Document 2    Filed 04/29/2005    Page 12 of 12