# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

05 cv 254 JJF

TO: Jeron Brown          SBI#: 1629102

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 27, 2005

FILE
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF ...

Attached are copies of your inmate account statement for the months of November 1, 2004 to April 30, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 4.76 |
| Dec | 8.23 |
| Jan | 3.33 |
| Feb | 3.67 |
| March | 2.07 |
| April | .93 |

Average daily balances/6 months: 3.84

Attachments
CC: File

Stacy Shane 5/27/05

Brian Engrem

IM JERON D. BROWN
SBI# 162962   UNIT C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
Wilm, De.    19801-3570