AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-254-JJF

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



FILED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

July 7th 2005
(Date forms issued)

_____
(Signature of Party or their Representative)

AERON D. BROWN
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action