TO: THE CLERK OF THE UNITED
STATE DISTRICT COURT OF
DELAWARE 844 N. KING STREET
WILM, DE. 19801

OCT, 2, 05

FROM: JERON D. BROWN # 162962
D.C.C.
1181 Paddock Road
Smyrna, De. 19977

RE: Brown V. Donovan 05-254-JJF

Dear Clerk

I am forwarding this brief correspondence in regard receiving a court docket sheet of the proceedings. I appreciate your time and cooperation in this matter and I thank you very much.

Respectfully Submitted

Jeron D. Brown # 162962
D.C.C.
1181 Paddock Road
Smyrna De. 19977



FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Jermaine D. Brown
SBI# 162962   UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

The Clerk of The United States District Court of Delaware
844 N. King Street
Wlm, De. 19801