IN THE UNITED STATES DISTRICT COURT OF DELAWARE

☐ ORIGINAL

JERON D. BROWN
    Plaintiff,

v.

THOMAS DONOVAN
    Defendant.

1:05-CV-254 JJF

FILED
DEC 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO STAY / OR DELAY PROCEEDINGS

Comes Now plaintiff, Jeron D. Brown moving this Honorable Court pursuant to Fed. Civil Rule 62(a)-H and applicable case law authority in the interest of justice to stay or delay the proceeding of this civil rights action for the following reasons:

1) The plaintiff has legal standing to sue defendant for civil rights violations and emotional injurys and other gross negligent conduct.

2) The plaintiff has raised ineffective assistance of counsel during the stages of representation prior to trial and after before the lower criminal court without recourse.

3) The plaintiff is within the process of an criminal appeal in the Supreme Court of Delaware No. 274,2005, in which defendant was allowed to formulate against

Plaintiffs wishes before the Criminal Court. There is no communication exercised by the defendant in revealing appeal issues or dates of appeal.

4) The plaintiff has requested a stay of proceeding prior in July 2005 for six months and now respectfully request another stay or _delay_ of this civil proceeding for, but not limited to **six** months in the interest of justice, in fairness to all parties.

5) The ongoing criminal appeal needs to be resolved before the defendant answer the civil action for all alleged torts violation. It would be premature for this court to order service of process.

Therefore in the interest of justice and fairness to all parties. The plaintiff is Pro Se' and needs time for the judicial decision of the Supreme Court in order to dispute any issues of summary judgement. The motion to stay or delay proceedings should be granted.

Respectfully submitted

Jeron D. Brown #162962

Jeron D. Brown
D.C.C.
1181 Paddock Road
Smyrna, De. 19977

Date: Dec. 6th 2005.

## Certificate of Service

I, __JERON D. BROWN__, hereby certify that I have served a true and correct cop(ies) of the attached: __MOTION TO STAY OR DELAY CIVIL PROCEEDING__ upon the following parties/person (s):

TO: __THE UNITED STATES DISTRICT COURT OF DELAWARE 844 N. KING STREET WILM, De. 19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __6th__ day of __Dec__, 2005`

_/s/ Jeron Brown_

JERON D. BROWN
#162962 UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
OF THE STATE OF DELAWARE
844 N. KING STREET
WILM, DE. 19801

Legal Mail