IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERON D. BROWN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-254-JJF |
| THOMAS D. DONOVAN, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Plaintiff filed a Motion To Stay Or Delay Proceedings (D.I. 11);

WHEREAS, the Court, by its Memorandum Order dated December 20, 2005 (D.I. 12), dismissed Plaintiff's Complaint (D.I. 2) pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Stay Or Delay Proceedings (D.I. 11) is **DENIED** as moot.

December 22, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE